**Debra Peterson**

| | |
|---|---|
| **From:** | WAWDdb_CMECFQC <ECF@wawd.uscourts.gov> |
| **Sent:** | Friday, May 30, 2025 6:03 PM |
| **To:** | InterDistrictTransfer_SDD |
| **Subject:** | Transferred case has been opened |

CASE: 5:25-cv-05044

DETAILS: Case transferred from South Dakota has been opened in United States District Court for the Western District of Washington as case 2:25-cv-01033, filed 05/14/2025.